FILED: December 6, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4913

(1:11-cr-00657-MJG-3)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

FRANK MARFO

    Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:11-cr-00657-MJG-3 |
| Date notice of appeal filed in originating court: | 12/01/2013 |
| Appellant (s) | Frank Marfo |
| Appellate Case Number | 13-4913 |
| Case Manager | Deborah S. Daniel<br>804-916-2704 |