UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

RECEIVED DEC 24 AM 10:26 U.S. COURT OF APPEALS FOURTH CIRCUIT    DSD

FRANK MARFO
Appellant/Petitioner
vs.
UNITED STATES OF AMERICA

APPEAL # 13-4913
DISTRICT COURT # 1-11-CR-00657-MJG

### MOTION FOR EXTENTION OF TIME

Comes now Petitioner Frank Marfo, hereby Proceeding Pro Se in said matter, to request that this Court to grant the appellant/Petitioner an extension of time to submit his (INFORMAL BRIEF) Pro Se, which is due on (01/06/14).

Appellant/Petitioner would hereby move this Court to grant extension of time to (02/06/14).

This additional time is needed in order for the appellant to become familiar with the rules and Procedures and also due to the fact for the next week or so the prison will be operating at a reduce rate, meaning that the Petitioner will not have the normal amount of time in which to do research in the law library......
due to the holidays also due to the complexed issues involved.

Date 12/18/13

Respectfully Submitted
Frank Marfo

CERTIFICATE OF SERVICE

I do Hereby Certify that a true and Correct Copy of the foregoing Motion for extension of time has been placed in the U.S.P Hazelton Mail System on this 18th day of Dec 2013 and a Copy Sent to the Court of appeals for the Fourth Circuit on this same Date and day. All Pursuant to 28 § 1746.

FRANK MARFO



FRANK MORRIS #54296-037
U.S.P HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WV 26525

PITTSBURGH PA 150
23 DEC 2013 PM 5 L

CLERK'S OFFICE
U.S. COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 EAST MAIN STREET
SUITE 501
RICHMOND, VIRGINIA 23219

2321935=3826

LEGAL MAIL